**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division**

| | |
|---|---|
| **JOHN DOE,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | Case No. _____ |
| v. ) | |
| ) | |
| **THE RECTOR AND VISITORS** ) | |
| **OF THE UNIVERSITY OF VIRGINIA,** ) | |
| **et al.** ) | |
| ) | |
|     **Defendants.** ) | |

## ORDER

In consideration of Plaintiff's Motion and Memorandum for Leave to Proceed Under a Pseudonym and For a Protective Order, it is hereby ORDERED that Plaintiff's motion to proceed under a pseudonym and for a protective order (Dkt. No. \_\_\_) is GRANTED. It is further hereby ORDERED that throughout the entirety of this case, the parties shall:

- Use only the pseudonym "John Doe" to refer to Plaintiff;

- Use only the pseudonym "Jane Roe" to refer to the woman who accused Plaintiff in the underlying disciplinary proceedings;

- Use only the descriptive terms "friend," and "mother of friend," to refer to the five fact witnesses who provided information in the underlying disciplinary proceedings;

- Redact or move to file under seal all documents and exhibits that use

the real names or other identifying information of Plaintiff, Jane Roe, and the fact witnesses.

- Submit unredacted versions of documents and exhibits to chambers.

The clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record.

Entered: _____    _____
United States District Judge