CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 26 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN DOE, ) | Civil Action No. 3:19CV0038 |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | By: Hon. Glen E. Conrad |
| THE RECTOR AND VISITORS OF ) | Senior United States District Judge |
| THE UNIVERSITY OF VIRGINIA, et al., ) | |
| Defendants. ) | |

This case is presently before the court on the plaintiff's motion to seal an exhibit filed by the defendants. For good cause shown, it is hereby

**ORDERED**

that the motion to seal (Docket No. 7) is **GRANTED**. The exhibit identified in the plaintiff's motion shall be placed under seal pending further order of the court.

The Clerk is directed to send a copy of this order to all counsel of record.

DATED: This 26th day of June, 2019.

_____
Senior United States District Judge