CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 28 2019

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:19CV00038 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE RECTOR AND VISITORS OF THE ) | By: Hon. Glen E. Conrad |
| UNIVERSITY OF VIRGINIA, et al., ) | Senior United States District Judge |
| ) | |
| Defendants. ) | |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the plaintiff's motion for temporary restraining order and preliminary injunction is **GRANTED IN PART**. The defendants are enjoined from proceeding with the Review Panel Hearing currently scheduled for Monday, July 1, 2019. The Review Panel Hearing shall be stayed pending further order of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record.

DATED: This 28th day of June, 2019.

_____
Senior United States District Judge