# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE for CHARLOTTESVILLE DIVISION

**JOHN DOE**

vs.

**RECTOR AND BOARD OF VISITORS UVA**

Action No: 319CV38
Date: 06/27/2019
Judge: Hon. Glen Conrad
Court Reporter: JoRita Meyer
Deputy Clerk: Susan Moody

Plaintiff Attorney(s)
Rhonda Quagliana, Esq.

Defendant Attorney(s)
Barry Meek, Esq.

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

None

DEFENDANT:

None

PROCEEDINGS:
Parties present by counsel for conduct of teleconference on Motion for Temporary Restraining Order/Preliminary Injunction [3]

Oral Argument and Rebuttal/comments by court as reflected in the record. Order to follow asap.

Time in Court: 3:22-4:19 pm  57 mins.