| AO435 (Rev. 04/18; WDVA Rev. 02/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **TRANSCRIPT ORDER FORM** | **FOR COURT USE ONLY** DUE DATE: |
|---|---|---|
| *Please Read Instructions on Page 2.* | | |

## 1. REQUESTOR'S INFORMATION:

| NAME | TELEPHONE NUMBER |
|---|---|
| Rhonda Quagliana | 434-296-7138 |

| DATE OF REQUEST | EMAIL ADDRESS (*Transcript will be emailed to this address.*) |
|---|---|
| 7/3/2019 | rq@stlawva.com |

| MAILING ADDRESS | CITY, STATE, ZIP CODE |
|---|---|
| 416 Park Street | Charlottesville, VA 22902 |

## 2. TRANSCRIPT REQUESTED:

NAME OF COURT REPORTER

**JoRita Meyer**

OR  CHECK HERE ☐ IF HEARING WAS RECORDED BY FTR

| CASE NUMBER | CASE NAME | JUDGE'S NAME |
|---|---|---|
| 3:19-cv-38 | John Doe v. The Rector and Board of Visi | Hon. Glen Conrad |

| DATE(S) OF PROCEEDING(S) | TYPE OF PROCEEDING(S) | LOCATION OF PROCEEDING |
|---|---|---|
| 06/27/2019 | Teleconference re: Motion for TRO/PI | Roanoke/Charlottesville |

REQUEST IS FOR: (*Select one*) ☑ FULL PROCEEDING  OR  ☐ SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

## 3. SERVICE TURNAROUND CATEGORY REQUESTED:
(*See Page 2 for descriptions of each service turnaround category.*)

☐ Ordinary (30-Day)  ☐ Daily
☐ 14-Day  ☐ Hourly
☑ Expedited (7-Day)  ☐ RealTime
☐ 3-Day

## 4. CERTIFICATION: By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE | SIGNATURE |
|---|---|
| 07/03/2019 | *[signature]* |

If you have any questions, please contact the court reporter coordinator at (434) 847-5722 or by email to CRC@vawd.uscourts.gov.

**Transcript Fee Rates can be found on our website under Standing Orders at:**
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.

**PRINT**  **RESET FORM**