CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
7/3/2019
JULIA C. DUDLEY, CLERK
BY: s/ SUSAN MOODY
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | Civil Action No. 3:19CV00038 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THE RECTOR & VISITORS OF THE | ) | |
| UNIVERSITY OF VIRGINIA, et al., | ) | By:  Hon. Glen E. Conrad |
| | ) | Senior United States District Judge |
| Defendants. | ) | |
| | ) | |

Finding good cause, and on agreement of the parties, the following schedule is established:

1) The plaintiff shall file a supplemental brief in support of the pending motion by no later than July 19, 2019;

2) The defendants shall file any reply thereto by no later than August 2, 2019;

3) The plaintiff's final response thereto shall be filed by no later than August 9, 2019; and

4) This matter is scheduled for a hearing on the plaintiff's remaining request for injunctive relief in Charlottesville at 1:30 p.m. on Wednesday, August 21, 2019.

The Clerk is directed to certify copies of this order to all parties.

ENTERED: July 3, 2019

/s/ Glen E. Conrad
Senior United States District Judge