# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Charlottesville Division

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No.: 3:19-CV-00038-GEC |
| | ) |
| RECTOR AND VISITORS OF THE | ) |
| UNIVERSITY OF VIRGINIA, ET AL. | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF APPEARANCE

Please note the appearance of Jasmine Yoon and Melissa Wolf Riley as counsel on behalf of Defendant Rector and Visitors of the University of Virginia.

Date:   July 9, 2019                             Respectfully submitted,

                                                      **RECTOR AND VISITORS OF THE**
                                                      **UNIVERSITY OF VIRGINIA**

                                                      By:    /s/ Jasmine Yoon

                                                      Jasmine Yoon (VSB No. 73542)
                                                      Melissa Wolf Riley (VSB No. 43316)
                                                      Office of the University Counsel
                                                      University of Virginia
                                                      P.O. Box 400225
                                                      Charlottesville, Virginia 22904-4225
                                                      Telephone:    (434) 924-3586
                                                      Facsimile:     (434) 982-3070
                                                      yoon@virginia.edu
                                                      mwriley@virginia.edu

**CERTIFICATE**

I hereby certify that on the 9th day of July, 2019, a true copy of the Notice of Appearance was served by electronic means through the Court's CM/ECF system on counsel for Plaintiff as follows:

Rhonda Quagliana, Esquire
Francesca E. Fornari, Esquire
416 Park Street
Charlottesville, Virginia 22902
rq@stlawva.com
fef@stlawva.com
*Counsel for Plaintiff John Doe*


/s/ Jasmine Yoon

Jasmine Yoon (VSB No. 73542)
Melissa Wolf Riley (VSB No. 43316)
Office of the University Counsel
University of Virginia
P.O. Box 400225
Charlottesville, Virginia 22904-4225
Telephone:  (434) 924-3586
Facsimile:  (434) 982-3070
yoon@virginia.edu
mwriley@virginia.edu