# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

John Doe
_____
Plaintiff(s)

v.

Civil Action No.: 3:19-cv-00038

The Rector and Visitors of the University of Virginia et al
_____
Defendant(s)

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANICAL INTEREST IN LITIGATION

ONLY ONE FORM NEEDS TO BE COMPLETED FOR A PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUALS AS WELL AS CORPORATIONS AND OTHER LEGAL-ENTITIES. COUNSEL HAS A CONTINUING DUTY TO UPDATE THIS INFORMATION.

IF YOU ANSWER "YES" TO ANY OF THE FOLLOWING QUESTIONS, THIS STATEMENT MUST BE FILED IN ECF AS A POSITIVE CORPORATE DISCLOSURE STATEMENT.

Pursuant to Standing Order entered May 15, 2000.

Emily Babb                                                who is    Defendant
(Name of party you represent)                                       (Plaintiff/Defendant)

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly held entity?
   ☐ Yes    ☒ No

2. Does the party have any parent corporations?
   ☐ Yes    ☒ No

   If yes, identify all parent corporations, including grandparent and great grandparent corporations:

3. Is 10 percent or more of the party's stock owned by a publicly held corporation or other publicly held entity?
   ☐ Yes    ☒ No

   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   ☐ Yes    ☒ No

   If yes, identify all such owners:

5. Is the party a trade association?
   ☐ Yes    ☒ No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own ten (10%) percent or more of the party's stock:

_____                    July 11, 2019
       (Signature)                               (Date)