# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## Charlottesville Division

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No.: 3:19-CV-00038-GEC |
| | ) |
| RECTOR AND VISITORS OF THE | ) |
| UNIVERSITY OF VIRGINIA, ET AL. | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF APPEARANCE

Please note the appearance of Jasmine Yoon as counsel on behalf of Defendants Rector and Visitors of the University of Virginia, Frank M. Connor, III, James B. Murray, Jr., Robert M. Blue, Mark T. Bowles, L.D. Britt, Whittington W. Clement, Elizabeth M. Cranwell, Thomas A. DePasquale, Barbara J. Fried, John A. Griffin, Robert D. Hardie, Maurice A. Jones, Babur B. Lateef, Tammy S. Murphy, C. Evans Poston, Jr., James V. Reyes, Jeffrey C. Walker, James E. Ryan, Emily Babb, and John Flood.

Date:   July 12, 2019                      Respectfully submitted,

                                                          **RECTOR AND VISITORS OF THE**
                                                          **UNIVERSITY OF VIRGINIA, et al.**

                                                          By:    /s/ Jasmine Yoon

                                                          Jasmine Yoon (VSB No. 73542)
                                                          Office of the University Counsel
                                                          University of Virginia
                                                          P.O. Box 400225
                                                          Charlottesville, Virginia 22904-4225
                                                          Telephone:    (434) 924-3586
                                                          Facsimile:    (434) 982-3070
                                                          yoon@virginia.edu

**CERTIFICATE**

I hereby certify that on the 12th day of July, 2019, a true copy of the Notice of Appearance was served by electronic means through the Court's CM/ECF system on counsel for Plaintiff as follows:

Rhonda Quagliana, Esquire
Francesca E. Fornari, Esquire
416 Park Street
Charlottesville, Virginia 22902
rq@stlawva.com
fef@stlawva.com
*Counsel for Plaintiff John Doe*

/s/ Jasmine Yoon

Jasmine Yoon (VSB No. 73542)
Office of the University Counsel
University of Virginia
P.O. Box 400225
Charlottesville, Virginia 22904-4225
Telephone:   (434) 924-3586
Facsimile:   (434) 982-3070
yoon@virginia.edu