# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Charlottesville Division

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No.: 3:19-CV-00038-GEC |
| | ) |
| RECTOR AND VISITORS OF THE | ) |
| UNIVERSITY OF VIRGINIA, ET AL. | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF APPEARANCE

Please note the appearance of Melissa Wolf Riley as counsel on behalf of Defendants Rector and Visitors of the University of Virginia, Frank M. Connor, III, James B. Murray, Jr., Robert M. Blue, Mark T. Bowles, L.D. Britt, Whittington W. Clement, Elizabeth M. Cranwell, Thomas A. DePasquale, Barbara J. Fried, John A. Griffin, Robert D. Hardie, Maurice A. Jones, Babur B. Lateef, Tammy S. Murphy, C. Evans Poston, Jr., James V. Reyes, Jeffrey C. Walker, James E. Ryan, Emily Babb, and John Flood.

Date: July 12, 2019

Respectfully submitted,

**RECTOR AND VISITORS OF THE
UNIVERSITY OF VIRGINIA, et al.**

By:    /s/ Melissa Wolf Riley

Melissa Wolf Riley (VSB No. 43316)
Office of the University Counsel
University of Virginia
P.O. Box 400225
Charlottesville, Virginia 22904-4225
Telephone:    (434) 924-3586
Facsimile:    (434) 982-3070
mwriley@virginia.edu

# **CERTIFICATE**

I hereby certify that on the 12th day of July, 2019, a true copy of the Notice of Appearance was served by electronic means through the Court's CM/ECF system on counsel for Plaintiff as follows:

Rhonda Quagliana, Esquire
Francesca E. Fornari, Esquire
416 Park Street
Charlottesville, Virginia 22902
rq@stlawva.com
fef@stlawva.com
*Counsel for Plaintiff John Doe*


/s/ Melissa Wolf Riley

Melissa Wolf Riley (VSB No. 43316)
Office of the University Counsel
University of Virginia
P.O. Box 400225
Charlottesville, Virginia 22904-4225
Telephone: (434) 924-3586
Facsimile: (434) 982-3070
mwriley@virginia.edu