Exhibit 1

## Diane Mathews

**Subject:** FW: [EXTERNAL] Fwd: Confidential University Communication--Notice of Investigation
**Attachments:** noname.dat; Title IX Policy (July 2017).pdf; Appendix A Student Procedures.pdf; Appendix A-1 Student Resource Guide.07.18.17.pdf; Student Infographic.pdf; List of Advisors_Respondent.pdf; NOI ███████████████; image003.png

---------- Forwarded message ---------
From: **Haynes, Akia A. (aah6n)** <aah6n@virginia.edu>
Date: Wed, Aug 8, 2018 at 9:47 AM
Subject: Confidential University Communication--Notice of Investigation
To: ███████████████████████████████
CC: Bassett, Kimberley C (kcb6j) <kcb6j@virginia.edu>, Title IX Coordinator <titleixcoordinator@virginia.edu>, Groves, Allen W. (awg8vd) <awg8vd@virginia.edu>, Flood, John J. (jjf3y) <jjf3y@virginia.edu>

███

Good morning and I hope this message finds you well. As discussed during our phone call yesterday, our office typically provides this information in person. However, as you are not currently in Charlottesville, I am writing to provide you with the following information.

Please see enclosed the Notice of Investigation that the University is opening a formal investigation under the University's Policy on Sexual and Gender-Based Harassment and Other Forms of Interpersonal Violence ("the Title IX Policy") in which you have been identified as the Respondent. I have attached a written Notice which outlines the alleged conduct, potential policy violations, and explains your rights and responsibilities under the Title IX Policy. John Flood, Title IX Investigator, has been assigned to investigate this matter and is copied on this message. If you believe that Mr. Flood has an actual conflict of interest, please notify me or the Title IX Coordinator in writing within 72 hours of the date of this notice to challenge his participation.

Additionally, I have included the Title IX Policy, Appendix A: Student Procedures, Appendix A1: Student Resource Guide, the Student Infographic, and an Advisor list. These documents provide additional resources and information about the process. As noted yesterday, Dean Bassett is included on this message in her role as support for you during this process. If you need any support resources during this process such as access to counseling services, academic accommodations, and the like, please contact Dean Bassett who can assist with this. She will also be notified at critical junctures so that she can offer support. As Dean Bassett is not a confidential resource and does not serve as an advisor, you may select an advisor to assist you during this process.

If you have any questions about the process, please do not hesitate to contact me via email or phone if you have any additional questions or concerns. You should expect to receive an email from Mr. Flood about next steps shortly as he will serve as your primary point of contact during the investigation.

Sincerely,

Akia

Akia A. Haynes
Deputy Title IX Coordinator
[cid:image001.png@01CF3171.F298CF40]
O'Neil Hall

1

Exhibit 1

445 Rugby Road
Post Office Box 400211
Charlottesville, VA 22904-4211
Phone: (434) 297-7988
aah6n@virginia.edu<mailto:jep3f@virginia.edu>
Pronouns: she, her, hers

2