Exhibit 6

# Diane Mathews

| | |
|---|---|
| **Subject:** | FW: CONFIDENTIAL TITLE IX MATTER |

**From:** Flood, John J. (jjf3y) [mailto:jjf3y@virginia.edu]
**Sent:** Wednesday, August 15, 2018 2:12 PM
**To:** ▮
**Cc:** Babb, Emily C. (ecb6y); Bassett, Kimberley C (kcb6j); Rhonda Quagliana
**Subject:** CONFIDENTIAL TITLE IX MATTER

▮ :

Good afternoon and I hope this message finds you well. As described in the Notice of Investigation you received from Emily Babb, I will be investigating this matter. I would like to meet with you as soon as possible to discuss the matter. Our office is located at O'Neil Hall, 445 Rugby Road  https://goo.gl/maps/iGotJsBy2F92 .

Please note that you may bring an advisor to this meeting as listed in Section VI(B)(1)(f) of the Procedures. For convenience, the section has been included below:

*Advisors. Throughout the investigation and resolution process, each party has the right to choose and consult with an advisor. The advisor may be any person, including an attorney, who is not otherwise a party or witness involved in the investigation. The parties may be accompanied by their respective advisors at any meeting or proceeding related to the investigation and resolution of a report under these Procedures. While the advisors may provide support and advice to the parties at any meeting and/or proceeding, they may not speak on behalf of the parties or otherwise participate in, or in any manner disrupt, such meetings and/or proceedings.*

Please preserve and bring any potentially relevant evidence (in any format) related to this matter to this meeting. Also, if applicable, please reply to this email with the names of any individuals that you would like for me to speak to regarding this matter. Please confirm as soon as possible a date and time that is convenient for you to meet.

I look forward to meeting with you soon. Please do not hesitate to contact me with any questions you may have.

Sincerely,

*John J. Flood*

Exhibit 6

**John J. Flood**
*Investigator*

**E** JJFLOOD@VIRGINIA.EDU
**P** 434.924.6534
**M** 434.964.8182
**F** 434.924.7431

**University of Virginia**
Title-IX Office
O'Neil Hall
445 RUGBY ROAD
CHARLOTTESVILLE, VA 22904-4211

**eocr.virginia.edu/title-ix**

