Exhibit 7

# Diane Mathews

| | |
|---|---|
| **Subject:** | FW: CONFIDENTIAL TITLE IX COMMUNICATION |

**From:** Flood, John J (jjf3y) [mailto:jjf3y@virginia.edu]
**Sent:** Monday, October 08, 2018 9:20 AM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Cc:** Rhonda Quagliana; Babb, Emily C (ecb6y); Title IX Coordinator
**Subject:** CONFIDENTIAL TITLE IX COMMUNICATION

▓▓▓▓▓▓▓▓▓▓ :

I hope this email finds you well. Pursuant to the Procedures, the time frame for completion of an investigation may be extended for good cause. Should such an extension be necessary, it is our responsibility to notify both parties in writing and provide the reason for the extension. Accordingly, we are writing to you today to let you know that we are extending the anticipated due date for distribution of the Draft Investigation Report in order to ensure the integrity and completeness of the investigation into the information detailed in the Notice of Investigation, of which you were informed on August 8, 2018. Specifically, I am attempting to locate and interview potential witnesses.

Please be assured that our goal is to resolve this matter as expeditiously and thoroughly as possible. We remain available to answer any questions you may have, and you also should feel free to contact the Title IX Coordinator, Emily Babb, directly with any questions about the process at titleixcoordinator@virginia.edu .

*John J. Flood*

**John J. Flood**
*Investigator*

**E** JJFLOOD@VIRGINIA.EDU
**P** 434.924.6534
**M** 434.964.8182
**F** 434.924.7431

**University of Virginia**
Title-IX Office
O'Neil Hall
445 RUGBY ROAD
CHARLOTTESVILLE, VA 22904-4211

eocr.virginia.edu/title-ix

1



Exhibit 7