Exhibit 8

# Diane Mathews

**Subject:** FW: Confidential University Communication - Draft Investigation Report (Time Sensitive)

---

**From:** Babb, Emily C (ecb6y) [mailto:ecb6y@virginia.edu]
**Sent:** Wednesday, December 19, 2018 12:30 PM
**To:** Rhonda Quagliana; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Cc:** Title IX Coordinator; Flood, John J (jjf3y)
**Subject:** RE: Confidential University Communication - Draft Investigation Report (Time Sensitive)

Dear Rhonda and ▓▓▓▓▓,

Thank you for your message. This will confirm receipt. Based upon the winter break, your office closure, the conflicts with regard to ▓▓▓▓▓▓ travel, and your personal family medical commitment, I will grant the requested extension and provide until January 25, 2019 to respond to the Draft Investigation Report. Please note that the complainant will be provided the same extension.

Best,
Emily

---

**From:** Rhonda Quagliana <rq@stlawva.com>
**Sent:** Tuesday, December 18, 2018 3:58 PM
**To:** Babb, Emily C (ecb6y) <ecb6y@virginia.edu>; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Cc:** Title IX Coordinator <titleixcoordinator@virginia.edu>; Flood, John J (jjf3y) <jjf3y@virginia.edu>
**Subject:** RE: Confidential University Communication - Draft Investigation Report (Time Sensitive)

We have received the Draft Report. ▓▓▓▓▓▓▓▓ requires additional time to respond. He returned home yesterday. He will be leaving for a trip with his family, planned well in advance, to travel out of the country on December 28 and will return to ▓▓▓▓▓▓ on January 9, 2019.

My office is closed from December 24 through January 1. We reopen January 2. I will be out of town at the Cleveland Clinic dealing with a family medical issue on the 27th and 28th of that week and will be unavailable to assist ▓▓▓▓▓▓.

▓▓▓▓▓▓▓▓ will return to Charlottesville on January 13.

The investigation has taken nearly 5 months to complete. The Draft Report includes detailed information and interviews. ▓▓▓▓▓▓▓▓ wishes to exercise his right to obtain guidance and advice from his advisor and to respond fully. I will not be available for that purpose for much of the time he was given to respond due to the intervening holidays, the closure of my office, and a personal family medical commitment involving an unwell, aging parent.

Also, ▓▓▓▓▓▓▓▓ and his family had plans in place that will take him out of the country until January 9.

Given these rather extraordinary circumstances, including the duration of the investigation, we would respectfully request additional time to respond. Given ▓▓▓▓▓▓▓▓ return on January 13, we would ask that you extend the deadline to January 25 to provide ▓▓▓▓▓▓▓▓ sufficient time to consider and evaluate the Draft Report and confer with his advisor, which is his right.

Thank you,

1

Exhibit 8

Rhonda Quagliana

Rhonda Quagliana, Esquire
St. John, Bowling, Lawrence & Quagliana, LLP
416 Park Street
Charlottesville, Virginia 22902
(434) 296-7138
(434) 296-1301 Fax

Notice: This email may contain attorney-client privileged information, privileged work product, or other confidential information. It is intended only for the designated recipient. If you receive this message and are not a designated recipient you are requested to delete this message immediately and notify me that you have received this by mistake. Thank you.

---

**From:** Babb, Emily C (ecb6y) [mailto:ecb6y@virginia.edu]
**Sent:** Tuesday, December 18, 2018 1:00 PM
**To:**
**Cc:** Title IX Coordinator; Flood, John J (jjf3y); 'Rhonda Quagliana'
**Subject:** Confidential University Communication - Draft Investigation Report (Time Sensitive)

Dear

Good afternoon and I hope this message finds you well. I am sending this message on behalf of John Flood. I have attached an important document related to the Title IX investigation involving you for your review. You may also access the document and the corresponding exhibits using the following link:

Please note that this is a time-sensitive communication, as you are being asked to respond, should you choose to do so. The response is due to Mr. Flood, who I have copied on this message by **January 7, 2019**. Additionally, please note that you will only be able to access the above link for the response period, up to and including **January 7, 2019**, after which the link will be unavailable. If you have any additional questions or concerns, please let me or Mr. Flood know.

Mr. Flood is currently out of the office and will return on January 7. If you require assistance during this time, please contact me at ecb6y@virginia.edu or (434) 297-7988.

Best,

*Emily*

Emily C. Babb
Assistant Vice President for Title IX Compliance/Title IX Coordinator
UNIVERSITY of VIRGINIA

O'Neil Hall
445 Rugby Road
Post Office Box 400211
Charlottesville, VA 22904-4211
434.297.7643
ecb6y@virginia.edu
Pronouns: she, her, hers