Exhibit 9

## Diane Mathews

| | |
|---|---|
| **From:** | Flood, John J (jjf3y) <jjf3y@virginia.edu> |
| **Sent:** | Wednesday, February 13, 2019 3:21 PM |
| **To:** | Diane Mathews |
| **Cc:** | Rhonda Quagliana;  |
| **Subject:** | RE: |

Thank you, I am in receipt of this correspondence.

All the best,

*JJF*

**John J. Flood**
*Investigator*
*Title-IX Office*

**E** jjflood@virginia.edu
**P** 434.924.6534
**M** 434.964.8182
**F** 434.924.7431



---

**From:** Diane Mathews <dkm@stlawva.com>
**Sent:** Wednesday, February 13, 2019 14:51
**To:** Flood, John J (jjf3y) <jjf3y@virginia.edu>
**Cc:** Rhonda Quagliana <rq@stlawva.com>;
**Subject:**

Mr. Flood,

Please see the attached correspondence from Ms. Quagliana.

Should you have any questions, please do not hesitate to contact us. Thank you.

Sincerely,

Diane Mathews, Paralegal
St. John, Bowling, Lawrence & Quagliana, LLP
416 Park Street
Charlottesville, Virginia 22902
(434) 296-7138
(434) 296-1301 Fax

Notice: This email may contain attorney-client privileged information, privileged work product, or other confidential information. It is intended only for the designated recipient. If you receive this message and are not a designated recipient you are requested to delete this message immediately and notify me that you have received this by mistake. Thank you.