Exhibit 10

**Diane Mathews**

| | |
|---|---|
| **Subject:** | FW: Confidential University Communication |

**From:** Babb, Emily C (ecb6y) [mailto:ecb6y@virginia.edu]
**Sent:** Wednesday, May 01, 2019 3:03 PM
**To:** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
**Cc:** Title IX Coordinator; Rhonda Quagliana
**Subject:** Confidential University Communication

Dear ▉▉▉▉

I am writing on behalf of the Office for Equal Opportunity and Civil Rights (EOCR), that includes the Title IX team that I oversee, to confirm that your degree will be held pending final resolution of the current Title IX matter involving you. This action does not prevent you from participating in Final Exercises. Your name will be included in the Finals Program, and you may participate fully in all ceremonies that will be held.

Please feel free to contact me if you have any questions related to this notification.

Best,

*Emily*

Emily C. Babb
Assistant Vice President for Title IX Compliance/Title IX Coordinator



O'Neil Hall
445 Rugby Road
Post Office Box 400211
Charlottesville, VA 22904-4211
434.297.7643
ecb6y@virginia.edu
Pronouns: she, her, hers