IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:19CV00038 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THE RECTOR AND VISITORS OF THE | ) | By: Hon. Glen E. Conrad |
| UNIVERSITY OF VIRGINIA, et al., | ) | Senior United States District Judge |
| | ) | |
| Defendants. | ) | |

In the instant action, the plaintiff agreed to extend the deadline for the defendants to file an answer to the complaint. Accordingly, and for good cause shown, it is hereby

**ORDERED**

that the defendants' answer filed this day is deemed timely.

The Clerk is directed to send copies of this order to all counsel of record.

DATED: This 30th day of August, 2019.

/s/ Glen E. Conrad
Senior United States District Judge