CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 11 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:19-cv-38 |
| v. | ) |
| | ) |
| THE RECTOR AND VISITORS | ) |
| OF THE UNIVERSITY OF VIRGINIA, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

The Court has before it the parties' Consent Motion to Dismiss filed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

It is accordingly ORDERED that this action shall be, and it hereby is, dismissed with prejudice, and this case shall be stricken from the active docket of this Court.

The Clerk is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this 11th day of September, 2019.

/s/ Jon Conrad
Senior United States District Judge